

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re Michael Shane Tinsley,

No. 11-18-00328-CR

\* Original Mandamus Proceeding

\* November 29, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.